491-07/ROSS/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff SEALINK SHIPPING CO. LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
James L. Ross (JR 6411)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SEALINK SHIPPING LTD.,                           07 CV

               Plaintiff,

                                                              **RULE 7.1 STATEMENT**

      -against--

TIANJIN FAREAST INT'L FORWARDING
CO. LTD. a/k/a TIANJIN FAR EAST INT'L
FORWARDING CO. LTD. and TIANJIN
FAREAST INT'L SHIPPING AGENCY CO.
LTD. a/k/a TIANJIN FAR EAST INT'L
SHIPPING AGENCY CO. LTD.,

               Defendants.
------------------------------------------------------------x

      Plaintiff, SEALINK SHIPPING LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       October 22, 2007

                                      FREEHILL HOGAN & MAHAR, LLP
                                      Attorneys for Plaintiff SEALINK SHIPPING LTD.

                    By: _____
                            James L. Ross (JR6411)
                            Pamela L. Schultz (PS 8675)
                            80 Pine Street
                            New York, NY 10005
                            Telephone: (212) 425-1900
                            Facsimile: (212) 425-1901

NYDOCS1/292190.1