# MEMO ENDORSED

*Copy T*

491-07/ROSS/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SEALINK SHIPPING LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
James L. Ross (JR 6411)
Pamela L. Schultz (PS 8675)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1-17-08__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

SEALINK SHIPPING LTD.,

        Plaintiff,

      -against-

TIANJIN FAREAST INT'L FORWARDING CO.
LTD. a/k/a TIANJIN FAR EAST INT'L
FORWARDING CO. LTD. and TIANJIN
FAREAST INT'L SHIPPING AGENCY CO.
LTD. a/k/a TIANJIN FAR EAST INT'L
SHIPPING AGENCY CO. LTD.,

        Defendants.

-----------------------------------------------------x

07 CV 9422 (DLC)

**NOTICE OF DISMISSAL
PURSUANT TO FRCP 41(a)(1 and
VOLUNTARY WITHDRAWAL
OF ATTACHMENT**

The above entitled action is hereby discontinued without prejudice on application of the

Plaintiffs pursuant to Fed. R. Civ. 41(a)(1), the defendant not having appeared, filed an answer

nor filed a motion for summary judgment, and the Process of Maritime Attachment and

Garnishment issued in this action pursuant to Supplemental Rule B is hereby withdrawn and

cancelled.

Dated: New York, New York
      January 14, 2008

*So ordered.*

*Denise Cote*

*January 17, 2008*

NYDOCS1/297142.1

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SEALINK SHIPPING LTD.

By: _____

James L. Ross (JR 6411)
Pamela L. Schultz (PS 8675)
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900
Facsimile: (212) 425-1901

So Ordered: _____